UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

PANORMITIS SAROUKOS,
  a/k/a "Van Gelli"
KENNETH THOMAS,
  a/k/a "Shrimper Kenny"
and
ROBBIE ROBINSON
  a/k/a "Woodstock"

CASE NO.  8:08-Cr- 137-T23TGW
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 (Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date which was at least in June, 2006 through at least November, 2006, in the Middle District of Florida, and elsewhere, the defendants,

PANORMITIS SAROUKOS,
a/k/a "Van Gelli"
KENNETH THOMAS,
a/k/a "Shrimper Kenny"
and
ROBBIE ROBINSON
a/k/a "Woodstock",

did knowingly and willfully conspire and agree with each other and with other persons both known and unknown to the Grand Jury to distribute and posses with intent to distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21 United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

On or about June 27, 2006, in the Middle District of Florida, the defendants,

PANORMITIS SAROUKOS,
a/k/a "Van Gelli"
and
KENNETH THOMAS,
a/k/a "Shrimper Kenny",

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about June 29, 2006, in the Middle District of Florida, and elsewhere, the defendants,

PANORMITIS SAROUKOS,
a/k/a "Van Gelli"
KENNETH THOMAS,
a/k/a "Shrimper Kenny"
and
ROBBIE ROBINSON
a/k/a "Woodstock",

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about June 29, 2006, in the Middle District of Florida, the defendant,

KENNETH THOMAS,
a/k/a "Shrimper Kenny",

did knowingly and intentionally manufacture and distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

On or about July 27, 2006, in the Middle District of Florida, the defendants,

> PANORMITIS SAROUKOS,
> a/k/a "Van Gelli"
> and
> KENNETH THOMAS,
> a/k/a "Shrimper Kenny",

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about July 27, 2006, in the Middle District of Florida, and elsewhere, the defendants,

> PANORMITIS SAROUKOS,
> a/k/a "Van Gelli"
> and
> KENNETH THOMAS,
> a/k/a "Shrimper Kenny",

aiding and abetting each other, did manufacture and distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack", a Schedule II controlled substance.

In violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code, Section 2.

## COUNT SEVEN

On or about August 28, 2006, in the Middle District of Florida, the defendant,

PANORMITIS SAROUKOS
a/k/a "Van Gelli",

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

On or about October 4, 2006, in the Middle District of Florida, the defendant,

PANORMITIS SAROUKOS
a/k/a "Van Gelli",
and
THOMAS ROBINSON
a/k/a "Woodstock",

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about November 3, 2006, in the Middle District of Florida, the defendant,

PANORMITIS SAROUKOS
a/k/a "Van Gelli",

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURES

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in any or all of the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants,

PANORMITIS SAROUKOS,
a/k/a "Van Gelli"
KENNETH THOMAS,
a/k/a "Shrimper Kenny"
and
ROBBIE ROBINSON
a/k/a "Woodstock",

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

    All in violation of Title 21, United States Code, Section 853.

                                          A TRUE BILL,

                                          _David B. Slayer_
                                            Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
    JAMES C. PRESTON, JR.
    Assistant United States Attorney

By: _____
    JOSEPH K. RUDDY
    Assistant United States Attorney
    Senior Deputy Chief, Narcotics Section