UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE No. 8:08-CR-137-T-23TGW

KENNETH THOMAS
ROBBIE ROBINSON

_____

## ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendants' initial appearance hearing. For the foregoing reasons, the defendants should be detained without bail.

The defendants have been indicted in this case and the charges include possession, with intent to distribute, cocaine. Since the penalty for this violation exceeds ten years, there is a rebuttable presumption that no condition of release, or combination of conditions of release, will reasonably assure the appearance of the defendants, or the safety of the community, if the court finds that there is probable cause to believe that the offenses have been committed. 18 U.S.C. 3142(e). By virtue of the indictment returned against the defendants, probable cause has been established to believe that the defendants committed the offenses alleged in the indictment. Accordingly, there is a rebuttable presumption that no condition of release will reasonably assure the appearance of the defendants, or the safety of the community.

At the time of the hearing, the defendants did not seek to rebut the presumption that they should be detained. However, counsel for each defendant reserved the right to seek to rebut the presumption by the filing of an appropriate motion.

It is, therefore, upon consideration

ORDERED:

1. That defendants KENNETH THOMAS and ROBBIE ROBINSON shall be DETAINED without bond.

2. That the defendants are hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendants shall be afforded reasonable opportunity for private consultation with their counsel.

4. That the person in charge of the corrections facility in which the defendants are confined shall deliver the defendants to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 10th day of April, 2008.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE