**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS G. WILSON**
**U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| CASE NO. 8:08-Cr-T-137-T-23TGW | DATE: April 10, 2008 |
| UNITED STATES OF AMERICA | GA: Jeffrey Downing, AUSA |
| v. | |
| KENNETH THOMAS | D.A.: Adam Allen, AFPD |
| ROBBIE ROBINSON | D.A.: Daniel Hernandez, Esq. (CJA) |
| Courtroom: 12A      Time: 4:00P-4:10P | Tape: Digital |

### INITIAL APPEARANCE and ARRAIGNMENT MINUTES

(X) Defendant present; Advised of rights and charges

(X) Information/Indictment Filed and Copy to Defendant

(X) Defendant Waives Reading of Information/Indictment

(X) Arraigned and Pleaded Not Guilty

(X) Trial Set for Weeks beginning June 2, 2008 before Judge Steven D. Merryday

(X) Pretrial Discovery Order - to be filed.

The Government requested detention; Both defendants reserved a detention hearing; Defendant ROBINSON intends to file a motion for bond and requested a detention hearing; Hearing set for April 17, 2008 at 2:30p

BOTH DEFENDANTS were ordered detained pending trial based on the presumption.

Court Recessed.