# United States District Court
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SEALED**

*FILED*
*U.S. MARSHAL*
*2008 MAR 28 AM 9:40*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA, FLORIDA*

*2008 APR 11 AM 9:03*
*CLERK, US DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA, FLORIDA*

UNITED STATES OF AMERICA

v.

ROBBIE ROBINSON
a/k/a "Woodstock"

## WARRANT FOR ARREST

CASE NUMBER: 8:08-Cr-137-T-23TGW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBBIE ROBINSON, a/k/a "Woodstock," and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provision of Title 21, United States Code, Section 841(a)(1). Possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

| | |
|---|---|
| **Sheryl L. Loesch** | **Clerk, United States District Court** |
| Name & Title of Judicial Officer | Title of Issuing Officer |
| | |
| *[signature]* | 3/28/08, Tampa, Florida |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 4/9/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/9/09 | SA Tim Lutz | *[signature]* Tim Lutz |
| DATE OF ARREST | | |
| 4/9/09 | | |