```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF AMERICA,              CASE NO: 8:08-CR-137-T23-TGW

    Plaintiff,
vs.

ROBBIE ROBINSON
 a/k/a "WOODSTOCK",

    Defendant.
_____/

## NOTICE OF APPEARANCE

    DANIEL M. HERNANDEZ, Attorney-At-Law, whose address is 902 N. Armenia Avenue, Tampa, Florida  33609, telephone number (813) 875-9694, hereby files his appearance as attorney for the Defendant in the captioned matter.

    IT IS HEREBY requested that a complete copy of any information filed pertaining to the captioned matter be forwarded to the undersigned attorney by the Clerk of the captioned Court.

    IT IS FURTHER requested that the Clerk of the captioned Court promptly notify the undersigned attorney of the time and date of the arraignment, hearings and trial pertaining to the captioned cause to insure the prompt appearance of the Defendant before the Court.

DATED this 11th day of April, 2008.

   /s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida  33609
(813) 875-9694
Email: marilynneyland@aol.com
Attorney for Defendant
Florida Bar Number 229733

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the OFFICE OF THE UNITED STATES ATTORNEY, 400 N. Tampa Street, Suite 3200, Tampa, Florida  33602, on the 11th day of April, 2008.

   /s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE