UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   CASE NO: 8:08-CR-137-T23-TGW

    Plaintiff,
vs.

ROBBIE ROBINSON
 a/k/a "WOODSTOCK",

  Defendant.
_____/

**<u>MOTION FOR ROR OR IN THE ALTERNATIVE TO SET REASONABLE BAIL</u>**

COMES NOW, the Defendant, ROBBIE ROBINSON, by and through the undersigned attorney, and moves this Honorable Court to release the Defendant on his own recognizance or in the alternative to set a reasonable bond in the above-styled cause. As grounds for said Motion, the following is alleged:

1. That the Defendant is charged with Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine and Possession with Intent.

2. That the Defendant has significant ties to the community. Moreover, Lisa Stout Bail Bonds is willing to post a reasonable surety bond on the Defendant's behalf.

3. The Defendant is presumed innocent of the charges laid against him in this cause.

4. The Defendant is a poor physical health (knee, back and shoulder pain) due to automobile and boating accidents.

5. The Defendant's incarceration would make it extremely difficult to consult with his attorney in this cause, locate witnesses on his behalf and, in general, to prepare a defense to the charge in this cause.

WHEREFORE, the Defendant prays that he be released on his own recognizance, or in the alternative, a reasonable bond be set in the above-styled cause.

Respectfully submitted,

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida  33609
(813) 875-9694
Email: marilynneyland@aol.com
Attorney for Defendant
Florida Bar Number 229733

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the OFFICE OF THE UNITED STATES ATTORNEY, 400 North Tampa Street, Suite 3200, Tampa, Florida  33602, by Hand Delivery/U.S. Mail, on the 14th day of April, 2008.

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE