| | |
|---|---|
| CASE No. 8:08-CR-137-T-23TGW | DATE: APRIL 17, 2008 |

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA James Preston |
| -v- | |
| ROBBIE ROBINSON | Daniel Hernandez |
| COURT RPTR _____ | DEPUTY CLERK: CARRIE A. WILLIAMS |
| TAPE: DIGITAL   TIME: 2:36 - 3:02 | COURTROOM 12A |

## PROCEEDINGS: M/SET BOND

_____   Govt position: DETENTION - presumption, info in Pre-Trial report, unemployed for 5 years; drug use; failures to appear; participated in 2 drug deliveries with confidential sources; concerned about use of oxycodone and the amount of drugs being prescribed.
DEFENDANT: just received information prior to coming to court telephonically; has made contact with parents (mother and stepfather), they have property worth $180,000 ($75,000 equity) at 18302 Blink Road, Walla, TX; has medical problems (back) due to boating accident; Lisa Stout (bondsperson) willing to post bond (hopefully for $100,000); has been resident since age 17; has strong ties; has people willing to come forward and post bail; does not have passport and never traveled outside US; requests corporate surety bond being sufficient; he was incarcerated during some of the failures to appear; does need to take medication for pain.

_____   COURT: Not considered a danger to the community; court requires showing that property's equity is at least $75,000; court concerned about overuse of pain medication; Pre-Trial testified about there not being a way to test the amount of pain drugs used; court initially inclined to grant the motion, set bond at $200,000 ($100,000 corporate surety and $100,000 property owned by mother and stepfather), residence/travel restricted to Middle District of Florida, Pre-Trial Supervision - report by phone by 4 pm every Thursday, no illegal drugs use, urinalysis testing as required by Pre-Trial Services.   Orders ruling DEFERRED unless there is plan presented for eliminating concern about abuse of oxycodone drug or some other controlled substance.