UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,        CASE NO: 8:08-CR-137-T23-TGW

      Plaintiff,

vs.

ROBBIE ROBINSON
 a/k/a "WOODSTOCK",

     Defendant.

_____/

## SECOND MOTION FOR ROR OR IN THE ALTERNATIVE TO SET REASONABLE BAIL

COMES NOW, the Defendant, ROBBIE ROBINSON, by and through the undersigned attorney, and moves this Honorable Court to release the Defendant pursuant to a $200,000.00 bond in the above-styled cause. As grounds for said Motion, the following is alleged:

1. That the Defendant is charged with Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine and Possession with Intent.

2. That the Court, at a detention hearing on April 17, 2008 indicated that it would approve a $200,000.00 bond if the following conditions were met:

    (a) That the $200,000.00 bond would be partially secured by the real property of the Defendant's parents, Robert and Debbie Scrogin, 18302 Blinka Road, Waller, Texas 77484.

    (b) That the Defendant agrees not to take any

medication that contained a controlled substance.

3. That the Defendant's parents have agreed to place their property as collateral for the Defendant's bond (a copy of the related documents are attached hereto as Exhibit A).

4. That the Defendant is agreeable to taking no medication containing controlled substances while on pretrial release. He has been recently taking Tylenol while incarcerated the Pinellas County Jail.

WHEREFORE, the Defendant believes that he has addressed the concerns of the Court in approving the $200,000.00 bond and would pray that the Court would do so.

Respectfully submitted,

DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida 33609
(813) 875-9694
Email: marilynneyland@aol.com
Attorney for Defendant
Florida Bar Number 229733

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the OFFICE OF THE UNITED STATES ATTORNEY, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, by Hand Delivery/U.S. Mail, on the 28th day of April, 2008.

DANIEL M. HERNANDEZ, ESQUIRE

Robert and Debbie Scrogin
18302 Blinka Rd
Waller, Texas, 77484
936-372-0410

April 21, 2008

RE: Robbie Ryan Robinson

I am the Mother and Step Father of Robbie Robinson, per our phone conversation on Friday April 18th 2008, I'm faxing over the documents needed to help post bond on our son. A copy of the Appraisal in 2007 and notarized. A copy of the note and lien holder, and the amount of the borrowed against the property, which also is notarized. And a copy of the mortgage loan statement which shows the principal balance.

I am also writing to let you know that my husband and I are willing to post the property above as collateral for our son's bond. If you should need any thing else please let me know.

I'm also hoping this notarized letter will be enough so we won't have to make a trip to Florida sense we are in Texas and both work for the school districts and my husband works part time and is also disabled.

I thank you for all you are doing for my son. If you should need me please feel free to call me any time on my cell number 281-731-0935.

Thank you,


Robert and Debbie Scrogin

Robert K. Scrogin


Debbie Scrogin

Sworn to and subscribed before me on this _23_ day of _April_ 2008.

Notary Public: _____

Printed name of notary: _Lola Flores_

LOLA FLORES
Notary Public, State of Texas
My Commission Expires
May 11, 2011



**THIS IS AN EXTENSION OF CREDIT AS DEFINED BY SECTION 50(a)(6), ARTICLE XVI OF THE TEXAS CONSTITUTION**

**THIS EXTENSION OF CREDIT HAS A VARIABLE RATE OF INTEREST AS AUTHORIZED BY SECTION 50(a)(6)(O), ARTICLE XVI OF THE TEXAS CONSTITUTION**

# TEXAS HOME EQUITY
## FIXED/ADJUSTABLE RATE NOTE
### (LIBOR Index-Rate Caps)
### (First Lien)

**THIS NOTE PROVIDES FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

Place of Execution:

April 23, 2007    Date

NAVOSTA, Texas    City, State

18302 BLINKA RD, WALLER, TEXAS 77484    Property Address

## 1. BORROWER'S PROMISE TO PAY

This is an extension of credit as defined by Section 50(a)(6), Article XVI of the Texas Constitution (the "Extension of Credit"). In return for the Extension of Credit that I have received evidenced by this Note, I promise to pay U.S. $  144,000.00

(this amount is called "Principal"), plus interest, to the order of Lender. Lender is

CHASE BANK USA, N.A.

I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

I understand that this is not an open-end account that may be debited from time to time or under which credit may be extended from time to time.

The property described above by the Property Address is subject to the lien of the Security Instrument executed concurrently herewith (the "Security Instrument").

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of  9.725 %.

The interest rate I will pay may change in accordance with Section 4 of this Note. It is agreed that the total of all interest and other charges that constitute interest under applicable law shall not exceed the maximum amount of interest permitted by applicable law. Nothing in this Note or the Security Instrument shall entitle the Note Holder upon any contingency or event whatsoever, including by reason of acceleration of the maturity or prepayment of the Extension of Credit, to receive or collect interest or other charges that constitute interest in excess of the highest rate allowed by applicable law on the Principal or on a monetary obligation incurred to protect the property described above authorized by the

term includes any riders to the Texas Home Equity Security Instrument), both bearing date of **April 23, 2007** , evidencing and securing an extension of credit as defined by Section 50(a)(6), Article XVI of the Texas Constitution (the "Extension of Credit") and providing for a lien on the following described property (the "Property") located in **Waller** County, Texas:
**All that tract or parcel of land as shown on Schedule "A" attached hereto which is incorporated herein and made a part hereof.**

**462000002003000**

which has the address of: **18302 BLINKA RD** [Street]
**WALLER** [City], Texas **77484** [Zip Code] ("Property Address")

The Property includes all incidental rights in and to the Property including all improvements now or hereafter erected on the Property, and all easements, appurtenances, and fixtures now or hereafter a part of the Property. All replacements and additions are included as well as any interest in a planned unit development, condominium project, homeowners' association or equivalent entity owning or managing common areas or facilities associated with the Property. All of the foregoing is referred to herein as the Property, provided however that the Property is limited to homestead property in accordance with Section 50(a)(6)(H), Article XVI of the Texas Constitution.

The Property does not include any additional real or personal property not included within the definition of homestead in accordance with applicable law including but not limited to Sections 41.002(a), (b), and (c) of the Texas Property Code which provide:

**Section 41.002 Definition of Homestead**

(a) If used for the purposes of an urban home or as both an urban home and a place to exercise a calling or business, the homestead of a family or a single, adult person, not otherwise entitled to a homestead, shall consist of not more than 10 acres of land which may be in one or more contiguous lots, together with any improvements thereon.

(b) If used for the purposes of a rural home, the homestead shall consist of:

(1) for a family, not more than 200 acres, which may be in one or more parcels, with the improvements thereon; or

(2) for a single, adult person, not otherwise entitled to a homestead, not more than 100 acres, which may be in one or more parcels, with the improvements thereon.

(c) A homestead is considered to be urban if, at the time the designation is made, the property is:

(1) located within the limits of a municipality or its extraterritorial jurisdiction or a platted subdivision; and

(2) served by police protection, paid or volunteer fire protection, and at least three of the following services provided by a municipality or under contract to a municipality: (A) electric; (B) natural gas; (C) sewer; (D) storm sewer; and (E) water.

**B.** I understand that the lender making the Extension of Credit is
**CHASE BANK USA, N.A.** (the "Lender").

**C.** The undersigned includes all owners and spouses of owners of the Property and all borrowers named in the Note.

Initials: _SCW_

Form 3185 1/01 (rev.10/03)

VMP® -8034(TX) (0310) Page 2 of 6

**SCROGIN** **BL467167HH**

**V.** The Property is not being purchased with any part of the proceeds of the Extension of Credit.

**W.** Unless Lender otherwise agrees in writing, all borrowers named in the Note shall occupy the Property as their homestead pursuant to the terms of the Security Instrument.

**X.** I understand that the Extension of Credit is not a form of open-end account that may be debited from time to time or under which credit may be extended from time to time. Lender, at its option, may make monetary advances to protect the Property (i.e. pay real estate taxes, hazard insurance payments, etc.) in accordance with the Security Instrument.

**Y.** I understand that the Note, Security Instrument, and this Texas Home Equity Affidavit and Agreement define the terms of the Extension of Credit and are to be construed as an entirety.

## II.  AGREEMENT PROVISIONS:

**A. No Personal Liability in the Absence of Actual Fraud.** I understand that pursuant to Section 50(a)(6)(C), Article XVI of the Texas Constitution the Extension of Credit is without recourse for personal liability against each owner of the Property and the spouse of each owner and that Lender and its successors and assigns can enforce the promises and obligations in the Note and the Security Instrument solely against the Property, unless an owner or spouse of an owner obtains the Extension of Credit by actual fraud.

**B. Inducement and Reliance.** I understand that my execution of this Texas Home Equity Affidavit and Agreement is made to induce Lender and its successors and assigns to make or purchase the Extension of Credit, and that Lender and its assigns will rely on it as additional consideration for making or purchasing the Extension of Credit. I also understand that each of the statements made in the Representations and Warranties Section is material and will be acted upon by the Lender and its assigns, and that if such statement is false or made without knowledge of the truth, the Lender and its assigns will suffer injury.

**C. Remedies in the Event of Actual Fraud.** If any owner of the Property, or the spouse of an owner, obtains the Extension of Credit by actual fraud, then each owner, spouse of each owner and all borrowers named in the Note agree to indemnify and save Lender and its successors and assigns harmless against any loss, costs, damages, attorneys' fees, expenses and liabilities which Lender may incur or sustain in connection with such actual fraud and any court action arising therefrom and will pay the same upon demand. In addition, the borrowers named in the Note may become personally liable for repayment of the Extension of Credit.

**D. Opportunity for Lender to Comply.** It is agreed that, except as required by law, the Lender or any holder of the Note for the Extension of Credit shall not forfeit any principal or interest on the Extension of Credit by reason of failure by Lender or holder to comply with its obligations under the Extension of Credit, unless the Lender or holder of the Note fails to correct the failure to comply not later than the 60th day after the borrower notifies the Lender or holder of the Note of its failure to comply.

**E. Tax Advice.** It is agreed that it is the borrower's responsibility to determine any and all aspects of tax considerations related to the Extension of Credit. I have not relied on any tax advice provided by Lender or Lender's representatives. It is my responsibility to seek and obtain independent tax advice.

## III. STATEMENT UNDER OATH

I hereby swear under oath that the representations and warranties referred to and set forth in Section 1 above are true and correct. I understand that this Texas Home Equity Affidavit and Agreement is part of the Extension of Credit documentation.

**[DO NOT SIGN IF THERE ARE BLANKS LEFT TO BE COMPLETED IN THIS DOCUMENT. THIS TEXAS HOME EQUITY AFFIDAVIT AND AGREEMENT MUST BE EXECUTED AT THE OFFICE OF THE LENDER, AN ATTORNEY AT LAW, OR A TITLE COMPANY BY ALL OWNERS OF THE PROPERTY, SPOUSES OF OWNERS, AND BORROWERS NAMED IN THE NOTE. YOU MUST RECEIVE A COPY OF THIS DOCUMENT AFTER YOU HAVE SIGNED IT.]**

_____
(Borrower or Owner or Spouse of Owner)

ROBERT SCROGIN

_____
(Borrower or Owner or Spouse of Owner)

DEBORAH SCROGIN

_____
(Borrower or Owner or Spouse of Owner)

_____
(Borrower or Owner or Spouse of Owner)

_____
(Borrower or Owner or Spouse of Owner)

_____
(Borrower or Owner or Spouse of Owner)

_____
(Borrower or Owner or Spouse of Owner)

_____
(Borrower or Owner or Spouse of Owner)

SWORN TO AND SUBSCRIBED before me on this

23rd day of April 2007.

_Autumn Armstrong_
Notary Public

_Autumn Armstrong_
Printed Name of Notary

My Commission Expires: 7/26/2007

[PERSONALIZED SEAL]
AUTUMN ARMSTRONG
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 07-26-2007

## ADVISORY NOTICE

ALL STATEMENTS IN THE FOREGOING TEXAS HOME EQUITY AFFIDAVIT AND AGREEMENT ARE MADE UNDER OATH. IF ANY SUCH STATEMENT IS MADE WITH KNOWLEDGE THAT SUCH STATEMENT IS FALSE, THE PERSON MAKING SUCH FALSE STATEMENT MAY BE SUBJECT TO CIVIL AND CRIMINAL PENALTIES UNDER APPLICABLE LAW, MAY BE PERSONALLY LIABLE ON THE NOTE AND MAY CAUSE ALL OTHER BORROWERS NAMED IN THE NOTE TO BE PERSONALLY LIABLE ON THE NOTE.

Initials: _____

Form 3185  1/01 (rev.10/03)

# ACKNOWLEDGMENT OF FAIR MARKET VALUE
## OF HOMESTEAD PROPERTY
Date Prepared:   2/16/07
Date Reprinted:  4/19/07

(Pursuant to Section 50(a)(6), Article XVI, Texas Constitution)

| Borrower Name(s): | Lender: |
|---|---|
| ROBERT SCROGIN<br>DEBORAH SCROGIN | CHASE BANK USA, N.A. |

| Property Address:<br>18302 BLINKA RD<br>WALLER, Texas 77484 | Date:<br>April 23, 2007 |
|---|---|

We, the undersigned Lender and Borrower(s), being duly sworn under oath, say:

1. Borrower(s) are all the owner(s) of the Property located at
   **18302 BLINKA RD WALLER, Texas 77484**

2. Borrower(s) occupy the Property as homestead property.

3. Lender is extending credit to Borrower(s) secured by the Property with the closing occurring on
   **4/27/07** at the office of

4. On the date of the closing, the fair market value of the Property is $ **180,000.00**
   - [X] The fair market value stated above is the value placed on the Property in an appraisal conducted by **LENDER'S SERVICE INC**
   - [ ] Without benefit of a formal evaluation, Lender and Borrower(s) agree that the above stated value is the fair market value of the Property.

Dated: **April 23, 2007**

Guinevere M. O'Donnell
                                                                -Lender

By: Guinevere M. O'Donnell

Its: Funder

_____ -Borrower

_____ -Borrower

_____ -Borrower

ROBERT SCROGIN                        -Borrower

Deborah J Scrogin
DEBORAH SCROGIN                       -Borrower

_____ -Borrower

_____ -Borrower

_____ -Borrower

STATE OF TEXAS.
County of _____
The foregoing instrument was acknowledged before me this April 23rd 2007
by **AUTUMN ARMSTRONG**
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 07-26-2007

_____
Notary Public

STATE OF TEXAS PA
County of Montgomery
The foregoing instrument was acknowledged before me this 19th day of April, 2007
by Jacqueline A DiBattista

_____, of
a _____ n/a _____

corporation, on behalf of the said corporation.

COMMONWEALTH OF PENNSYLVANIA
Jacqueline A DiBattista, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov 20, 2009

_____
Notary Public

# CHASE 

Customer Care Phone:
Please send payments ONLY to:
1-800-548-7912
PO BOX 78116
PHOENIX, AZ
85062-8116

#BWNJYGP
#8580026578443034#

82751 SDS  Z 07708 D -  BRE TA
ROBERT  SCROGIN
DEBORAH  SCROGIN
18302 BLINKA RD
WALLER TX 77484-7208

## MORTGAGE LOAN STATEMENT

| | |
|---|---|
| Loan Number: | 0026578443 |
| Statement Date: | 03/17/08 |
| Payment Due Date: | 04/01/08 |
| Property Address: | 18302 BLINKA RD |
| | WALLER, TX 77484 |

| | |
|---|---|
| Home Phone #1: | (936) 372-0410 |
| Home Phone #2: | (936) 372-0410 |
| Business Phone #1: | (713) 249-7913 |
| Business Phone #2: | (000) 000-0000 |

**Loan Information:**

| | |
|---|---|
| Last Payment Received: | 02/25/08 |
| Interest Rate: | 9.725% |
| Principal Balance: | $143,297.12 |
| Escrow/Impound Balance: | $1,073.97 |

**Amount Due:** 

---

## LOAN STATUS

**CURRENT PAYMENT DUE BY 04/01/08**

| | |
|---|---|
| Principal & Interest | $1,234.54 |
| +Escrow/Impound | $258.44 |
| +Optional Insurance | $0.00 |

| | |
|---|---|
| Current Payment | $1,492.98 |

**PAST DUE PAYMENTS AND CHARGES**

| | |
|---|---|
| Past Due Payment (s) | $1,492.98 |
| +Late Charges | $148.14 |
| +Returned Check Fees | $0.00 |

| | |
|---|---|
| Past Due Payments and Other Charges | $1,641.12 |

+ = 

**PAYMENTS and CHARGES DUE:** 

---

## IMPORTANT MESSAGES

Your last payment was received on February 25, 2008.

**VERY IMPORTANT - This is your Mortgage Loan Statement.**
**Be sure to use the Statement Coupon below to pay your loan payment.**

Our records indicate that your loan is past due.  Please remit the full amount of Payments
and Charges Due as indicated on the payment coupon below.
Chase Home Finance is attempting to collect a debt and any information obtained
will be used for that purpose.

Please refer to the back of this statement for important information about your account.

*Chase Direct Check is a quick and convenient payment option.  Make sure your payment is made on time, and avoid*
*late fees with one simple phone call.  Your mortgage payment will be processed the next business day.*
*To use this service, call Chase Direct Check at 1-800-548-7912.  A service fee may apply.*